1

2

3

4

5

**Entered on Docket**
**December 20, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

6

7

8  PITE DUNCAN, LLP
   EDDIE R. JIMENEZ (NV Bar #10376)
9  ACE VAN PATTEN (NV Bar #11731)
   ALEXIS M. BORNHOFT (NV Bar #11523)
10 701 Bridger Avenue, Suite 700
   Las Vegas, Nevada 89101
11 Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
12 E-mail: ecfnvb@piteduncan.com

13 MAILING ADDRESS:
   4375 Jutland Drive, Suite 200
14 P.O. Box 17933
   San Diego, California 92177-0933

15

16 Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
                   WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
                   AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
17                 FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

18

19                   UNITED STATES BANKRUPTCY COURT

20                        DISTRICT OF NEVADA

21 In re                                    | Bankruptcy Case No. BK-S-10-28587-lbr
                                            | Chapter 7
22 ARACELI S OCAMPO,                        |
                                            | WELLS FARGO BANK, N.A. ALSO
23           Debtor(s).                     | KNOWN AS WACHOVIA MORTGAGE,
                                            | A DIVISION OF WELLS FARGO BANK,
24                                          | N.A, AND FORMERLY KNOWN AS
                                            | WACHOVIA MORTGAGE FSB,
25                                          | FORMERLY KNOWN AS WORLD
                                            | SAVINGS BANK, FSB'S ORDER
26                                          | TERMINATING AUTOMATIC STAY
27                                          | Date:    December 8, 2010
                                            | Time:    10:30 a.m.
28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2  Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3  FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4  Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5  Linda B. Riegle, Ace Van Patten appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 7039

12  Shadow Crest Dr, Las Vegas, Nevada 89119-0308 ("Real Property"), which is legally described

13  as:

14    LOT ONE HUNDRED EIGHT-SEVEN (187) IN
    BLOCK "L" OF LEWIS HOMES - MEADOW
15    VALLEY NO. 3, AS SHOWN BY MAP
    THEREOF ON FILE IN BOOK 40, OF PLATS,
16    PAGE 69, IN THE OFFICE OF THE COUNTY
    RECORDER OF CLARK COUNTY, NEVADA.
17

18    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

19  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

20  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

21  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

22  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

23  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

24  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

25  provide 7 days' notice to the Debtor(s).

26  /.,/.

27  /.,/.

28  /.,/.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.


APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

_____        _____
SHAWN CHRISTOPHER              WILLIAM A. LEONARD
DEBTOR(S) ATTORNEY            TRUSTEE

/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

☐    Approved.

☐    Disapproved.

☒    Failed to respond. - Debtor's Attorney/Trustee

###

Submitted by:

/s/ ACE VAN PATTEN
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO
BANK, N.A. ALSO KNOWN
AS WACHOVIA
MORTGAGE, A DIVISION OF
WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN
AS WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN
AS WORLD SAVINGS BANK,
FSB